UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| LEONIS FRANKLIN, | Docket No. 07CV8590 |
| Plaintiff, | RJS/DF |
| -against- | ECF CASE |
| FUJITEC SERGE OF NY and "JOHN DOE", A FICTITIOUS NAME FOR A FOREMAN EMPLOYED BY FUJITEC SERGE OF NY, | DISCLOSURE PURSUANT TO FRCP RULE 7.1 |
| Defendants. | |

------------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for FUJITEC AMERICA, INC. ("FAI"), incorrectly sued herein as above, hereby certifies that FAI is a subsidiary of Fujitec Co., Ltd., and there is no other publicly held corporation that owns ten (10%) per cent or more of its stock.

Dated:   New York, N. Y.          /S_____
         October 3, 2007          GERALD NEAL SWARTZ (GNS-1389)
                                  Attorney for deft. Fujitec America, Inc.
                                  475 Park Avenue South, 8TH floor
                                  New York, N.Y. 10016
To:                               Tel. (212) 725-7070

Steven Siegel, Esq.
STEVEN SIEGEL, P. C.
Attorneys for plaintiff
123-12 82ND Avenue
Kew Gardens, N. Y. 11415                                    Tel. 718-520-0413