UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LEONIS FRANKLIN,                                                                    Docket No.  07 CV 8590
                                                                                                       (RJS/DF)
                                                Plaintiff,

        -against-

FUJITEC SERGE OF NY and "JOHN DOE",                                PROOF OF FILING
A FICTITIOUS NAME FOR A FOREMAN                                    NOTICE OF REMOVAL
EMPLOYED BY FUJITEC SERGE OF NY,

                                                Defendants.
------------------------------------------------------------------------x

        Defendant, FUJITEC AMERICA, INC., incorrectly sued herein as above (hereinafter "FAI"), by its attorneys, SWARTZ LAW OFFICES, submits herewith the following as proof of filing with the Bronx County Clerk, the Notice of Removal (consisting of Petition for Removal; Verifying Affirmation; and Disclosure Pursuant to FRCP Rule 7.1):

        (1)    Notice of Filing Removal Petition duly stamped "RECEIVED - 07 OCT 5 - P.M. 2:14 - COUNTY CLERK - BRONX COUNTY"


Dated:    New York, N. Y.                              /S/
              November 1, 2007          _____
                                                         GERALD NEAL SWARTZ (GNS-1389)
                                                         SWARTZ LAW OFFICES
                                                         Attys for deft. Fujitec America, Inc. incor-
                                                         rectly sued herein as above
                                                         475 Park Avenue South, 8TH floor
To:                                                     New York, N.Y. 10016
                                                         Tel. (212) 725-7070

Steven Siegel, Esq.
STEVEN SIEGEL, P. C.
Attorneys for plaintiff
123-12 82ND Avenue
Kew Gardens, N. Y. 11415                      Tel. 718-520-0413

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| LEONIS FRANKLIN, | Docket No. 07 CV 8590 RJS/DF |
| Plaintiff, | |
| -against- | ECF |
| FUJITEC SERGE OF NY and "JOHN DOE", A FICTITIOUS NAME FOR A FOREMAN EMPLOYED BY FUJITEC SERGE OF NY, | AFFIDAVIT OF SERVICE |
| Defendants. | |

-----------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

    MANUEL AYRES, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age, and reside in Springfield, N. J.

    That on November 1, 2007 deponent served the within
PROOF OF FILING NOTICE OF REMOVAL                                                                                  upon:

Steven Siegel, Esq.
STEVEN SIEGEL, P. C.
Attorneys for plaintiff
123-12 82ND Avenue
Kew Gardens, N. Y. 11415                                                                 Tel. 718-520-0413

by depositing a true copy of same enclosed in a postage paid envelope addressed to said counsel at said address, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                  /S/
                                    MANUEL AYRES

Sworn to before me, this
1ST day of November, 2007

/S/
Gerald Neal Swartz
Notary Public, State of New York
No. 02 SW 4685686
Qualified in Westchester County
Commission Expires April 30, 2010

**Docket No.  07 Cv 8590   (RS/DF)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEONIS FRANKLIN,

Plaintiff,

-against-

FUJITEC SERGE OF NY and "JOHN DOE", A FICTITIOUS NAME FOR A FOREMAN EMPLOYED BY FUJITEC SERGE OF NY,

Defendants.

---

**PROOF OF FILING NOTICE OF REMOVAL**

---

**SWARTZ LAW OFFICES**
**Attys for deft Fujitec America, Inc.**
**sued herein as above**
Office and Post Office Address:
475 Park Avenue South, 8TH Floor
New York, N. Y. 10016
Tel. (212) 725-7070