UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LEONIS FRANKLIN,                                     Docket No.  07 CV 8590
                                                     (RJS/DF)
                                    Plaintiff,

            -against-

FUJITEC SERGE OF NY and "JOHN DOE",                  PROOF OF SERVICE FOR
A FICTITIOUS NAME FOR A FOREMAN                       NOTICE OF REMOVAL
EMPLOYED BY FUJITEC SERGE OF NY,

                                    Defendants.
------------------------------------------------------------------------x

        Defendant, FUJITEC AMERICA, INC., incorrectly sued herein as above (hereinafter

"FAI"), by its attorneys, SWARTZ LAW OFFICES, submits herewith the Affidavit of Service

(on the attorneys for the plaintiff) for the following: Notice of Filing Removal Petition

(consisting of Petition for Removal;  Verifying Affirmation; and Disclosure Pursuant to

FRCP Rule 7.1).


Dated:   New York, N. Y.                         _____/S/_____
         November 14, 2007                       GERALD NEAL SWARTZ (GNS-1389)
                                                 SWARTZ LAW OFFICES
                                                 Attys for deft. Fujitec America, Inc. incor-
                                                 rectly sued herein as above
                                                 475 Park Avenue South, 8TH floor
                                                 New York, N.Y. 10016
                                                 Tel. (212) 725-7070

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LEONIS FRANKLIN,                                    Docket No.  07 CV 8590
                                                    RJS/DF
                                    Plaintiff,

              -against-                             ECF

FUJITEC SERGE OF NY and "JOHN DOE",                 AFFIDAVIT
A FICTITIOUS NAME FOR A FOREMAN                      OF SERVICE
EMPLOYED BY FUJITEC SERGE OF NY,

                                    Defendants.
------------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

        MANUEL AYRES, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age, and reside in Springfield, N. J.

        That on October 3, 2007 deponent served the within NOTICE OF FILING REMOVAL PETITION                                              upon:

Steven Siegel, Esq.
STEVEN SIEGEL, P. C.
Attorneys for plaintiff
123-12 82ND Avenue
Kew Gardens, N. Y. 11415                            Tel. 718-520-0413

by depositing a true copy of same enclosed in a postage paid envelope addressed to said counsel at said address, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.


_____        /S/_____
                                        MANUEL AYRES

Sworn to before me, this
3RD day of October, 2007

_____/S/_____
Gerald Neal Swartz
Notary Public, State of New York
No. 02 SW 4685686
Qualified in Westchester County
Commission Expires April 30, 2010

**Docket No.  07 Cv 8590   (RS/DF)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEONIS FRANKLIN,

Plaintiff,

-against-

FUJITEC SERGE OF NY and "JOHN DOE", A FICTITIOUS NAME FOR A FOREMAN
EMPLOYED BY FUJITEC SERGE OF NY,

Defendants.

---

**PROOF OF SERVICE FOR NOTICE OF REMOVAL**

---

**SWARTZ LAW OFFICES**

**Attys for deft Fujitec America, Inc.**
**sued herein as above**
Office and Post Office Address:
475 Park Avenue South, 8TH Floor
New York, N. Y. 10016
Tel. (212) 725-7070