UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X Docket No. 07 CV 8590
LEONIS FRANKLIN,

                        Plaintiff,    ECF Case

    -against-

                                      NOTICE OF APPEARANCE

FUJITEC SERGE OF NY., and "JOHN DOE",
A FICTICIOUS NAME FOR A FOREMAN
EMPLOYED BY FUJITEC SERGE OF NY,

                        Defendants.
-------------------------------------------------------X

PLEASE TAKE NOTICE that the plaintiff appears by his attorney, Steven Siegel, Esq., 123-12 82nd Avenue, Kew Gardens, NY 11415, and that said attorney is registered for Electronic Filing in the United States District Court for the Southern District of New York.

Dated: February 1, 2008

                                                                         Yours, etc.,

                                                                         /s/_____
                                                                         STEVEN SIEGEL (SS-0995)
                                                                         STEVEN SIEGEL, P.C.
                                                                         Attorneys for Plaintiff
                                                                         LEONIS FRANKLIN
                                                                         123-12 82nd Avenue
                                                                         Kew Gardens, NY 11415
                                                                         718 520-0413
                                                                         Siegel545@aol.com

TO:

    GERALD NEAL SWARTZ
    SWARTZ LAW OFFICES
    Attorneys for Defendant
    FUJI AMERICA INC.,
    incorrectly sued herein as above
    475 Park Avenue South, 8th Floor
    New York, NY 10016
    212-725-7070

## AFFIRMATION OF SERVICE

STEVEN SIEGEL, an attorney admitted to practice before the courts of this state, affirms the following under the penalties of perjury:

1. I am the attorney for the plaintiff and am not a party to this action.

2. On February 1, 2008 I served the annexed Discovery Demands upon the defendant by mailing a copy thereof in a properly addressed and stamped envelope to:

GERALD NEAL SWARTZ, ESQ.
SWARTZ LAW OFFICES
Attorneys at Law
475 Park Avenue South, 8th Floor
New York, NY 10016


Dated: February 1, 2008

/s/ _____
STEVEN SIEGEL

Docket No. 07 CV 8590 (RS/DF)

UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK

LEONIS FRANKLIN

                Plaintiff,

-against-

FUJITEC SERGE OF NY., and "JOHN DOE", A FICTICIOUS NAME FOR A FOREMAN EMPLOYED BY FUJITEC SERGE OF NY,

                Defendants.

NOTICE OF APPEARANCE

                **STEVEN SIEGEL, P.C.**
                **Attorneys for Plaintiff**
                **123-12 82nd Avenue**
                **Kew Gardens, New York 11415**
                **(718) 520-0413**

TO:

Service of a copy of the within        is hereby admitted.
DATED:

                                ...............................
                                Attorney(s) for