UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LEONIS FRANKLIN,

                          Plaintiff,

        -v-                                          No. 07 Civ. 8590 (RJS)

                                                     ORDER
FUJITEC SERGE OF N.Y., JOHN DOE,

                          Defendants.

RICHARD J. SULLIVAN, District Judge:

        At the phone conference before the Court held on April 4, 2008, the Court held as
follows:

        If Patrick Dineen, an employee of Defendant Fujitec Serge of N.Y. whom
        Plaintiff believes to be Defendant John Doe, consents to service within one week
        from the date of this order, then Defendant Fujitec Serge of N.Y. need not
        produce Mr. Dineen's home address to the Plaintiff.

        If, however, Mr. Dineen does not consent to service and/or does not communicate
        that consent to the Plaintiff within one week, then Defendant Fujitec Serge of
        N.Y. is ordered to produce the home address of Mr. Dineen to the Plaintiff. The
        address shall be made confidential and for Attorney's Eyes Only, and shall be
        used only for the purpose of effectuating service on Mr. Dineen in this action.

SO ORDERED.

Dated:        April 4, 2008
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE