UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X Docket No. 07 CV 8590
LEONIS FRANKLIN,

                          Plaintiff,    ECF Case

   -against-

                                  NOTICE OF APPEARANCE

FUJITEC SERGE OF NY., and "JOHN DOE",
A FICTICIOUS NAME FOR A FOREMAN
EMPLOYED BY FUJITEC SERGE OF NY,

                          Defendants.
--------------------------------------------------------X

PLEASE TAKE NOTICE that the plaintiff appears by his attorney, Steven Siegel, Esq.,

123-12 82nd Avenue, Kew Gardens, NY 11415, and that said attorney is registered for

Electronic Filing in the United States District Court for the Southern District of New

York.

Dated: February 1, 2008

                                                           Yours; etc.,

                                                           STEVEN SIEGEL  (SS-0995)
                                                           STEVEN SIEGEL, P.C.
                                                           Attorneys for Plaintiff
                                                           LEONIS FRANKLIN
                                                          123-12 82nd Avenue
                                                          Kew Gardens, NY 11415
                                                          718 520-0413
                                                          718 544-7044 FAX
                                                          Siegel545@aol.com

TO:
       GERALD NEAL SWARTZ
       SWARTZ LAW OFFICES
       Attorneys for Defendant
       FUJI AMERICA INC.,
       incorrectly sued herein as above
       475 Park Avenue South, 8th Floor
       New York, NY 10016
       212-725-7070
       212-725-1803 FAX