UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEONIS FRANKLIN,

                    Plaintiff,

-v-

FUJITEC SERGE OF NY, JOHN DOE,

                    Defendants.

No. 07 Civ. 8590 (RJS)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

---

RICHARD J. SULLIVAN, District Judge:

It is hereby ORDERED that all parties to this action are to appear for a status conference on May 16 at 11:30 AM in Courtroom 21C.

SO ORDERED.

Dated: April 18, 2008
      New York, New York

                                                    RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE