UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

LEONIS FRANKLIN,

                Plaintiff,

-v-

FUJITEC SERGE OF N.Y., JOHN DOE,

                Defendants.

No. 07 Civ. 8590 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    At the May 16, 2008 status conference before the Court, the Court held as follows:

    Defendants are to provide a letter to the Court and to plaintiff's counsel by May 30, 2008, indicating if defendants wish to pursue a motion to dismiss the complaint against the John Doe Defendant based on the statute of limitations or for any other reason.

    Defendants' answer (or amended answer) is due two weeks thereafter, on June 13, 2008.

    Both parties are to send a letter to the Court, due in chambers on June 13, 2008, indicating whether mediation would be helpful at that time. The parties are to indicate whether they wish to go before a magistrate judge or the court's mediation program.

SO ORDERED.

Dated:    May 16, 2008
           New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE