UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEONIS FRANKLIN,

                  Plaintiff,

-v-

FUJITEC SERGE OF N.Y., JOHN DOE,

                  Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

No. 07 Civ. 8590 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    Document Number 16, which was mistakenly entered in this case as a result of a clerical error and thus erroneously closed this case, is hereby ordered to be deleted from the docket in this case. The Clerk of the Court is respectfully requested to reopen this case.

SO ORDERED.

Dated:      May 29, 2008
               New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE