UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONIS FRANKLIN,

                Plaintiff,

-v-

FUJITEC SERGE OF N.Y., and JOHN DOE,

                Defendants.

No. 07 Civ. 8590 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference on July 21, 2008, the Court adopted the following schedule:

        The parties shall submit a joint proposed amended case management plan and scheduling order to the Court on or before September 2, 2008. The proposed case management plan shall indicate when the parties intend to meet with the mediator.

        Plaintiff shall file a motion for substitution of counsel forthwith, and in any event no later than July 31, 2008.

SO ORDERED.

Dated:    July 21, 2008
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE