UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.: 07 CV 8590 (RS/DF)

LEONIS FRANKLIN,

                    Plaintiff,

-against-                            NOTICE OF APPEARANCE

FUJITEC SERGE OF NY and "JOHN DOE"
a fictitious name for a Foreman employed by
FUJITEC SERGE OF NY,

                    Defendants.

PLEASE TAKE NOTICE, that the undersigned has been substituted as attorneys for plaintiff(s) in the above referenced matter and demands that all papers in this action be served upon the undersigned at the address set forth below. A copy of the duly executed Consent to Change Attorneys is annexed hereto.

Dated: New York, New York,
         July 23, 2008.

                                        KERNER & KERNER

                                        By:_____
                                          Kenneth T. Kerner (KK 5736)
                                          Attorneys for Plaintiff
                                          Office and P.O. Address
                                          74 Trinity Place
                                          New York, New York 10006
                                          (212) 964-1098

TO:   GERALD NEAL SWARTZ, ESQ.
        Attorney for Defendants
        475 Park Avenue South, 27th Fl.
        New York, NY 10016