UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x   Index No. 07 cv 8590 (RS/DF)
LEONIS FRANKLIN,

             *Plaintiff,*

                                                    **CONSENT TO**
-against-                                 **CHANGE ATTORNEY**

FUJI TECH NEW YORK, PATRICK DINENN et al.,

            *Defendant(s).*
-----------------------------------------x

      IT IS HEREBY CONSENTED THAT Kerner & Kerner, of 74 Trinity Place, New York, New York 10006, be substituted as attorneys(s) of record for the undersigned party(ies) in the above entitled action in place and stead of the undersigned attorney(s) as of the date hereof, without prejudice to any claim for compensation for legal services rendered, to date.

Dated: New York, New York,
      July 2, 2008.

                                              Kenneth T. Kerner, Esq.
                                              KERNER & KERNER
                                              Incoming Attorneys for Plaintiff

                                              Plaintiff – Leonis Franklin

                                              Steven Siegel, Esq.
                                              Outgoing Attorneys for Plaintiff

STATE OF NEW YORK )
           : ss.:
COUNTY OF NEW YORK )

     On the 1\_ day of June, 2008, before me personally came Leonis Franklin, to me known, and known to me to be the same person(s) described in and who executed the foregoing consent and acknowledged to me that he executed same.

                       KENNETH T. KERNER
                    Notary Public, State of New York
                         No. 02KE4961677
                   Qualified in New York County
                Commission Expires June 1, 2010