UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/08

LEONIS FRANKLIN,

                    Plaintiff,

        -v-                                        No. 07 Civ. 8590 (RJS)
                                                   ORDER
FUJITEC SERGE OF N.Y., and JOHN DOE,

                    Defendants.


RICHARD J. SULLIVAN, District Judge:

        Before the Court is plaintiff's motion to substitute counsel. The motion is hereby
GRANTED. It is hereby ORDERED that (a) Kerner & Kerner is permitted to substitute as
attorneys for plaintiff in the place and stead of Steven Siegel, P.C., (b) Steven Siegel, P.C., is
directed to turn over the entire file in the above-captioned action to Kerner & Kerner within
twenty days from the date of the Order, (c) Steven Siegel, P.C., is hereby GRANTED a charging
lien against the proceeds of any recovery had herein, the extent of which is to be determined at
the conclusion of the within action by stipulation or further order of this Court.


SO ORDERED.

Dated:      August 4, 2008
            New York, New York


                                                   RICHARD J. SULLIVAN
                                                   UNITED STATES DISTRICT JUDGE